**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JASON ODOM, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY
SITUATED

*vs*                                                                 *Plaintiff*

INTERNATIONAL TRENDZ LLC AND ISMAIL QADAR

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 23-CV-828
DATE FILED:
Job #: 574522
Client File#

LEVINE & BLIT PLLC
350 FIFTH AVENUE STE 4020
NEW YORK, NY 10118

CLIENT'S FILE NO.:                                    **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, Ricardo Curo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 2/13/2023 at 9:31 PM at 119-22 204TH ST, 1ST FL, ST ALBANS, NY 11412, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT

by personally delivering to and leaving with RAUL MAOBETH for INTERNATIONAL TRENDZ LLC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Brown, **Approx Hair**: Black

Sworn to before me on  2/15/23
EUGENE SOKOLOV #01SO6434174
Notary Public State of New York
RICHMOND County, Commission Expires 05/31/2026



Ricardo Curo
2034227