

# Law Office of David Wims

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

June 30, 2023

**BY ECF**

U.S. District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable Magistrate Judge Cheryl L. Pollak

**Re:**     ***Ugwudiobi et al v. International Trendz, LLC d/b/a Presidential Security Co.* (22CV4930) (PKC) (CLP)**

Dear Judge Pollak:

Please be advised that I am the attorney for the *Ugwudiobi* Plaintiffs in the above referenced consolidated proceeding. I write with the knowledge and consent of both Defendants and the *Odom* Plaintiffs, to provide the Court with a status update regarding mediation.

Defendants produced relevant wage and hour records to Plaintiffs. Plaintiffs contend additional records are required. Plaintiffs await additional records from Defendants in order to review them, discuss possible settlement and schedule a mediation. We expect to have a more complete production from Defendants by July 10, 2023, at which time we will further update the Court.

Thank You for Your time and consideration. Kindly direct any questions to the undersigned.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

cc: Honorable Pamela K. Chen (By ECF)
Ian Smith, Esq. (By ECF)

| | |
|---|---:|
| Law Office of David Wims | 6/30/2023 |

Erik Bashian, Esq. (By ECF)
Justin Clark, Esq. (By ECF)