# LEVINE & BLIT, PLLC
## Attorneys at Law

EMPIRE STATE BUILDING
350 FIFTH AVENUE - SUITE 4020
NEW YORK, NY 10118
PHONE: (212) 967-3000 - FAX: (212) 967-3010
www.levineblit.com

---

July 27, 2023

***VIA EMAIL & ECF***
Ian E. Smith, Esq.
Spire Law
136 Madison Avenue, Suite 600
New York, NY 10016

   **Re:** **Ugwudiobi, et al. v. Int'l Trendz, LLC, et al. – No. 22-cv-4930**
     **Odom, et al. v. Int'l Trendz, LLC, et al. – No. 23-cv-828**

Dear Mr. Smith,

  This firm, along with Bashian & Papantoniou, P.C., represent the plaintiffs Jason Odom and Sahara Jackson in the above-referenced civil matter. Pursuant to Rule 3(D) of the Individual Rules of the Honorable Pamela K. Chen, please find accompanying this correspondence the following documents in support of the Motion for Conditional Collective Certification filed by the Ugwudiobi plaintiffs:

  (1) Declaration of Justin S. Clark dated July 27, 2023 in Support, along with Exhibits A through D; and
  (2) Plaintiffs Odom and Jackson's Memorandum of Law Joining and In Support of Plaintiffs' Motion for Conditional Collective Certification.

  Thank you for your time and attention to this matter.

Truly yours,

LEVINE & BLIT, PLLC

/s/ Justin S. Clark

Cc: David Wims, Esq.
   via email

   Erik Bashian, Esq.
   via email