**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
DONATUS UGWUDIOBI,
YUSUFU JAGANA,
ANTIGHA ABIA,
DOOYUM IGBUDU,
CECILE MIREE,
SEEMAJ POUGH,
ALY ALWARS,

                              Plaintiffs,
*on behalf of themselves and all others similarly situated*,

                -against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY, and
ISMAIL QADAR,

                              Defendants.
-----------------------------------------------------X

CIVIL ACTION NO. **22CV4930**
(PKC) (RLM)

**PLAINTIFF'S NOTICE OF MOTION FOR FLSA § 216 CONDITIONAL CERTIFICATION**

**PLEASE TAKE NOTICE**, that upon the accompanying *Memorandum of Law, Affidavits* and counsel's *Declaration*, dated June 14, 2023 and exhibits annexed thereto, Plaintiffs, by and through the undersigned counsel, will move this Court, before the Honorable Pamela K. Chen at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting FLSA conditional certification of this matter under the FLSA, and for such other and further relief that the Court deems just and proper.

Dated:  Brooklyn, New York

June 14, 2023

                                             _____/s/_____
                                             LAW OFFICE OF DAVID WIMS
                                             BY: David C. Wims, Esq. (DW-6964)
                                             *Attorneys for Plaintiffs*
                                             1430 Pitkin Ave., 2nd Fl.
                                             Brooklyn, NY 11233
                                             (646) 393-9550

Law Office of David Wims, 1430 Pitkin Avenue, 2nd Floor, Brooklyn, New York 11233, (646) 393-9550, fax – (646) 393-9552, dwims@wimslaw.com, http://www.wimslaw.com.