**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
DONATUS UGWUDIOBI,
YUSUFU JAGANA,
ANTIGHA ABIA,
DOOYUM IGBUDU,
CECILE MIREE,
SEEMAJ POUGH,
ALY ALWARS,

CIVIL ACTION NO. **22CV4930**
(PKC) (CLP)

**PLAINTIFFS' COUNSEL'S**
**DECLARATION IN SUPPORT**

Plaintiffs,
*on behalf of themselves and all others similarly situated*,

-against-

INTERNATIONAL TRENDZ, LLC,
d/b/a PRESIDENTIAL SECURITY COMPANY, and
ISMAIL QADAR,

Defendants.
------------------------------------------------------X

**DAVID C. WIMS**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am admitted to practice before this Court and I am the attorney for Plaintiffs in the instant proceeding.

2. I submit this *Declaration* to place before the Court documents relied upon by Plaintiffs in their motion for conditional certification and Court approved notice pursuant to 29 U.S.C. § 216.

3. The basis for my submission of the attached documents is my review of the case file, documents and records of Plaintiffs.

4. Plaintiffs attach the following documents:

    i. *Complaint*;

    ii. *Amended Answer*;

      iii. Plaintiffs' proposed *Notice*;

      iv. Plaintiffs' proposed *Consent to Join*; and

      v. Plaintiffs' proposed *Order*.

Dated: Brooklyn, New York

June 14, 2023

                                                  _____/s/_____
                                                  LAW OFFICE OF DAVID WIMS
                                                  BY: David C. Wims, Esq. (DW-6964)
                                                      *Attorneys for Plaintiffs*
                                                    1430 Pitkin Ave., 2nd Fl.
                                                        Brooklyn, NY 11233
                                                         (646) 393-9550