

**Law Office of David Wims**

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

May 23, 2025

**BY ECF**

U.S. District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable Magistrate Judge Cheryl L. Pollak

**Re:**   *Ugwudiobi et al v. International Trendz, LLC d/b/a Presidential Security Co. et ano* **(22CV4930) (RER) (CLP) and** *Odom et al v. International Trendz, LLC et ano* **(23CV828) (RER) (CLP)**

Dear Judge Pollak:

Please be advised that I am the attorney for the *Ugwudiobi* Plaintiffs in the above referenced consolidated proceeding. I write with the knowledge and consent of the *Odom* Plaintiffs, and on notice to Defendants, to raise a discovery dispute with the Court pursuant to Your Individual Practices.

In June 2024, Plaintiffs deposed Defendants, by and through Defendant Ismail Qadar. At that deposition, Defendant Qadar testified to the existence of the corporate and individual Defendants' tax records, bank records and payroll records for the years 2020-2024. Plaintiffs requested copies thereof on the record. To date, despite numerous requests, and responses that the same were forthcoming, Plaintiffs have not received the same. (Attached as Exhibit 1). In addition, Defendant has raised no timely (or other) objections to the aforementioned requests. Prior to this application, Plaintiffs attempted repeatedly to obtain the subject records without court intervention.

Law Office of David Wims                                                              5/23/2025

Based on the foregoing, Plaintiffs ask the Court to compel Defendants' production of:

> 1. Defendant Qadar's and International Trendz, LLC's 2020-2023 federal and state tax returns;
>
> 2. Defendant Qadar's and International Trendz, LLC's 2020-2024 monthly bank statements, including but not limited to at Santander Bank and JPMorgan Chase Bank; and
>
> 3. Executed authorization from Defendant International Trendz, LLC to obtain all payroll records from its former payroll provider - Gusto.

Thank You for Your time and consideration. Kindly direct any questions to the undersigned.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

cc: Honorable Ramon E. Reyes (By ECF)
Ian Smith, Esq. (By ECF)
Erik Bashian, Esq. (By ECF)
Russell Moriarty, Esq. (By ECF)
Jason Mizrahi, Esq. (By ECF)
Joshua Levin-Epstein, Esq. (By ECF)

**EXHIBIT 1**

**EXHIBIT 1**

| | |
|---|---|
| Subject | **Re: EXT: RE: Ugwudiobi et al v. International Trendz, LLC et al and ODOM, Deposition of International Trendz** |
| From | David C. Wims, Esq. <dwims@wimslaw.com> |
| To | Ian Smith <ian@spirelawfirm.com> |
| Cc | Erik Bashian <eb@bashpaplaw.com>, Justin Clark <jclark@levineblit.com>, Whitney DuPree <whitney@spirelawfirm.com>, Sarah Hander <sarah@spirelawfirm.com> |
| Date | 2024-07-04 11:55 |

Ian,

Hope all is well.  Please consider this a formal request for the production of the following documents based on Mr. Qadar's deposition:

1. Defendant Qadar's and International Trendz, LLC's 2020-2023 federal and state tax returns;

2. Defendant Qadar's and International Trendz, LLC's 2020-2024 monthly bank statements, including but not limited to at Santander Bank and JPMorgan Chase Bank; and

3. Executed authorization from Defendant International Trendz, LLC to obtain all payroll records from its former payroll provider - Gusto.

Thanks.

David C. Wims, Esq.
Law Office of David Wims
1430 Pitkin Avenue, 2nd Floor
Brooklyn, NY 11233
(646) 393-9550
Fax (646) 393-9552
dwims@wimslaw.com
http://www.wimslaw.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.


On 2024-07-01 12:25, David C. Wims, Esq. wrote:

> Confirmed.
>
> David C. Wims, Esq.
> Law Office of David Wims
> 1430 Pitkin Avenue, 2nd Floor
> Brooklyn, NY 11233
> (646) 393-9550
> Fax (646) 393-9552
> dwims@wimslaw.com
> http://www.wimslaw.com
>
> Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.
>
> Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

| | |
|---|---|
| Subject | Re: EXT: RE: Ugwudiobi et al v. International Trendz, LLC et al and ODOM, Deposition of International Trendz |
| From | David C. Wims, Esq. <dwims@wimslaw.com> |
| To | Ian Smith <ian@spirelawfirm.com> |
| Cc | Erik M. Bashian (Other) <eb@bashpaplaw.com>, Justin Clark <jclark@levineblit.com>, Sarah Hander <sarah@spirelawfirm.com> |
| Date | 2024-09-09 11:38 |

Ian,

Hope all is well.  Please advise as to your clients' production of the requested tax and bank records.  Thanks.

David C. Wims, Esq.
 Law Office of David Wims
 1430 Pitkin Avenue, 2nd Floor
 Brooklyn, NY 11233
 (646) 393-9550
 Fax (646) 393-9552
 dwims@wimslaw.com
 http://www.wimslaw.com

 Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this e-mail
is not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that
reading it is strictly prohibited. If you have received this e-mail in
error, please immediately return it to the sender and delete it from your
system. Thank you.

 Federal Tax Notice: Any federal tax advice contained herein or any
attachment hereto is not intended or written to be used, and cannot be used
by any person or entity, for the purpose of avoiding penalties that may be
imposed by the Internal Revenue Service.

On 2024-07-17 13:22, David C. Wims, Esq. wrote:
> When do you want to depose Mr. Ugwudiobi Ian?
>
> David C. Wims, Esq.
>  Law Office of David Wims
>  1430 Pitkin Avenue, 2nd Floor
>  Brooklyn, NY 11233
>  (646) 393-9550
>  Fax (646) 393-9552
>  dwims@wimslaw.com
>  http://www.wimslaw.com
>
>  Confidentiality Note: This e-mail, and any attachment to it, contains
> privileged and confidential information intended only for the use of
> the individual(s) or entity named on the e-mail. If the reader of this
> e-mail is not the intended recipient, or the employee or agent
> responsible for delivering it to the intended recipient, you are
> hereby notified that reading it is strictly prohibited. If you have
> received this e-mail in error, please immediately return it to the
> sender and delete it from your system. Thank you.
>
>  Federal Tax Notice: Any federal tax advice contained herein or any
> attachment hereto is not intended or written to be used, and cannot be
> used by any person or entity, for the purpose of avoiding penalties
> that may be imposed by the Internal Revenue Service.
>
> On 2024-07-12 17:27, Ian Smith wrote:
>> Counsel,
>>
>> International Trendz is working on the additional documents.  I
>> regret I don't have an ETA just yet.

| | |
|---|---|
| Subject | **Re: EXT: RE: Ugwudiobi et al v. International Trendz, LLC et al and ODOM, Deposition of International Trendz** |
| From | David C. Wims, Esq. <dwims@wimslaw.com> |
| To | Ian Smith <ian@spirelawfirm.com> |
| Cc | Erik M. Bashian (Other) <eb@bashpaplaw.com>, Justin Clark <jclark@levineblit.com>, Sarah Hander <sarah@spirelawfirm.com> |
| Date | 2024-10-11 09:15 |

Ian,

Hope all is well.  Two (2) things: 1 - will you consent to my application to extend the time to submit to the Court revised, proposed CC motion Notice and Consent forms?  We need an additional 21 days to consult with new co-counsel as a result of Mr. Clark's departure from his former firm, Levine & Blitt; and

2 - please advise as to when we can expect the bank and tax records we requested at and following Mr. Qadir's deposition.  We wish to avoid unnecessary motion practice on this issue.  Thanks.

David C. Wims, Esq.
Law Office of David Wims
1430 Pitkin Avenue, 2nd Floor
Brooklyn, NY 11233
(646) 393-9550
Fax (646) 393-9552
dwims@wimslaw.com
http://www.wimslaw.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.


On 2024-07-17 13:22, David C. Wims, Esq. wrote:

> When do you want to depose Mr. Ugwudiobi Ian?
>
> David C. Wims, Esq.
> Law Office of David Wims
> 1430 Pitkin Avenue, 2nd Floor
> Brooklyn, NY 11233
> (646) 393-9550
> Fax (646) 393-9552
> dwims@wimslaw.com
> http://www.wimslaw.com
>
> Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.
>
> Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.
>
>
> On 2024-07-12 17:27, Ian Smith wrote:

| | |
|---|---|
| Subject | **Re: EXT: Re: 1:22-cv-04930-RER-CLP Ugwudiobi et al v. International Trendz, LLC et al** |
| From | David C. Wims, Esq. <dwims@wimslaw.com> |
| To | Ian Smith <ian@spirelawfirm.com> |
| Cc | Erik Bashian <eb@bashpaplaw.com>, Russell Moriaty <rmoriarty@levineblit.com>, Sarah Hander <sarah@spirelawfirm.com> |
| Date | 2025-03-17 12:28 |

Ian,

Hope all is well.  We are still awaiting the additional discovery we requested at Mr. Qadir's deposition - company and personal (Qadir) tax returns since 2018; and company and personal (Qadir) bank statements since 2018.  Although you previously indicated the foregoing were forthcoming, we have not received yet.  Please advise.  Thanks.

David C. Wims, Esq.
Law Office of David Wims
1430 Pitkin Avenue, 2nd Floor
Brooklyn, NY 11233
(646) 393-9550
Fax (646) 393-9552
dwims@wimslaw.com
http://www.wimslaw.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

On 2025-03-14 15:06, David C. Wims, Esq. wrote:

> Ian,
>
> Please just replace "discovery" with "all" in the 2nd to last sentence.
>
> David C. Wims, Esq.
> Law Office of David Wims
> 1430 Pitkin Avenue, 2nd Floor
> Brooklyn, NY 11233
> (646) 393-9550
> Fax (646) 393-9552
> dwims@wimslaw.com
> http://www.wimslaw.com
>
> Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.
>
> Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.
>
> On 2025-03-14 15:00, Ian Smith wrote:
>
>> David,

| | |
|---|---|
| Subject | Re: EXT: Re: 1:22-cv-04930-RER-CLP Ugwudiobi et al v. International Trendz, LLC et al |
| From | David C. Wims, Esq. <dwims@wimslaw.com> |
| To | Ian Smith <ian@spirelawfirm.com> |
| Cc | Erik Bashian <eb@bashpaplaw.com>, Russell Moriaty <rmoriarty@levineblit.com>, Sarah Hander <sarah@spirelawfirm.com> |
| Date | 2025-05-15 12:47 |

Ian,

Hope all is well.  We need the Defendants' bank records and tax records asap.  We've requested them multiple times, on the record at your client's deposition and in writing.  If we do not have them by Wednesday May 21, 2025, we are moving to compel.  Thanks.

David C. Wims, Esq.
 Law Office of David Wims
 1430 Pitkin Avenue, 2nd Floor
 Brooklyn, NY 11233
 (646) 393-9550
 Fax (646) 393-9552
 dwims@wimslaw.com
 http://www.wimslaw.com

 Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this e-mail
is not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that
reading it is strictly prohibited. If you have received this e-mail in
error, please immediately return it to the sender and delete it from your
system. Thank you.

 Federal Tax Notice: Any federal tax advice contained herein or any
attachment hereto is not intended or written to be used, and cannot be used
by any person or entity, for the purpose of avoiding penalties that may be
imposed by the Internal Revenue Service.

On 2025-05-02 18:05, David C. Wims, Esq. wrote:
> Thanks.
>
> David C. Wims, Esq.
>  Law Office of David Wims
>  1430 Pitkin Avenue, 2nd Floor
>  Brooklyn, NY 11233
>  (646) 393-9550
>  Fax (646) 393-9552
>  dwims@wimslaw.com
>  http://www.wimslaw.com
>
>  Confidentiality Note: This e-mail, and any attachment to it, contains
> privileged and confidential information intended only for the use of the
> individual(s) or entity named on the e-mail. If the reader of this e-mail
> is not the intended recipient, or the employee or agent responsible for
> delivering it to the intended recipient, you are hereby notified that
> reading it is strictly prohibited. If you have received this e-mail in
> error, please immediately return it to the sender and delete it from your
> system. Thank you.
>
>  Federal Tax Notice: Any federal tax advice contained herein or any
> attachment hereto is not intended or written to be used, and cannot be used
> by any person or entity, for the purpose of avoiding penalties that may be
> imposed by the Internal Revenue Service.
>
> On 2025-05-02 17:41, Ian Smith wrote:
>> Please proceed with Defendants' consent.
>>
>> Ian

| | |
|---|---|
| Subject | **RE: EXT: Re: 1:22-cv-04930-RER-CLP Ugwudiobi et al v. International Trendz, LLC et al** |
| From | Ian Smith <ian@spirelawfirm.com> |
| To | David C. Wims, Esq. <dwims@wimslaw.com> |
| Cc | Erik Bashian <eb@bashpaplaw.com>, Russell Moriaty <rmoriarty@levineblit.com>, Sarah Hander <sarah@spirelawfirm.com> |
| Date | 2025-05-15 13:57 |

David,

I will reach out to International Trendz today.

Ian


Ian E. Smith, Esq. | Partner

ian@spirelawfirm.com | 212.335.0018
www.spirelawfirm.com
Offices in Atlanta and New York

-----Original Message-----
From: David C. Wims, Esq. <dwims@wimslaw.com>
Sent: Thursday, May 15, 2025 12:48 PM
To: Ian Smith <ian@spirelawfirm.com>
Cc: Erik Bashian <eb@bashpaplaw.com>; Russell Moriaty <rmoriarty@levineblit.com>; Sarah Hander <sarah@spirelawfirm.com>
Subject: Re: EXT: Re: 1:22-cv-04930-RER-CLP Ugwudiobi et al v. International Trendz, LLC et al

Ian,

Hope all is well.  We need the Defendants' bank records and tax records asap.  We've requested them multiple times, on the record at your client's deposition and in writing.  If we do not have them by Wednesday May 21, 2025, we are moving to compel.  Thanks.

David C. Wims, Esq.
  Law Office of David Wims
  1430 Pitkin Avenue, 2nd Floor
  Brooklyn, NY 11233
  (646) 393-9550
  Fax (646) 393-9552
  dwims@wimslaw.com
  http://www.wimslaw.com

   Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

   Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

On 2025-05-02 18:05, David C. Wims, Esq. wrote:
> Thanks.
>
> David C. Wims, Esq.
>   Law Office of David Wims
>   1430 Pitkin Avenue, 2nd Floor
>   Brooklyn, NY 11233
>   (646) 393-9550
>   Fax (646) 393-9552
>   dwims@wimslaw.com
>   http://www.wimslaw.com